# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PALOMAR CRASH OF JANUARY 24, 2006<br><br>This Document Relates To All Consolidated Cases | Master File No. 06-CV-02711-DMS-POR<br><br>**ORDER CLARIFYING AND SETTING BRIEFING SCHEDULE**<br><br>[Doc. 118] |

  Pending before the Court is the United States' motion to dismiss and the County of San Diego's renewed motion for summary judgment. Plaintiffs filed a motion to clarify the briefing schedule for these two motions. The source of the confusion is as follows: The motion for summary judgment is currently scheduled for hearing on June 27, 2008, pursuant to this Court's order dated May 16, 2008. However, the filed papers indicate a motion hearing date of August 8, 2008. In addition, although the United States informally obtained a motion to dismiss hearing date of August 8, 2008 from the Court, this date was never reported on the motion papers as required by Local Civil Rule 5.1(j)(4), and was therefore never officially recorded on the Court's calendar.

  The Court agrees that holding the motions on the same date would maximize efficiency. However, due to conflicts in the Court's schedule, August 8, 2008 is no longer available for a hearing date, and in light of the confusion, the Court declines to advance the motion to dismiss to June 27,

1  2008. Accordingly, the Court sets the briefing schedule for both the County's renewed motion for
2  summary judgment (Doc. 110) and the United States' motion to dismiss (Doc. 109) as follows:
3  1.	The matters shall be heard on <u>August 29, 2008 at 1:30 pm</u>.
4  2.	Any oppositions shall be filed on or before July 25, 2008.
5  3.	Any replies shall be filed on or before August 8, 2008.
6  **IT IS SO ORDERED.**

8  DATED:  May 29, 2008

10                           HON. DANA M. SABRAW
11                           United States District Judge