# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PALOMAR CRASH OF JANUARY 24, 2006 | Master File No. 06-CV-02711-DMS-POR |
| | **ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates To All Consolidated Cases | [Doc. 332] |

IT IS HEREBY ORDERED that all claims of Plaintiffs Steven Shafran, individually, and as Successor in Interest to Janet Shafran, deceased; Anne M. Shafran, a minor at the commencement of this case and now an adult, individually and as Successor In Interest to Janet Shafran, deceased; Margaret C. Shafran, a minor, individually and as Successor In Interest to Janet Shafran, deceased, by and through her Guardian Ad Litem, Jay Shafran; Reid J. Shafran, a minor, individually and as Successor In Interest to Janet Shafran, deceased, by and through his Guardian Ad Litem, Jay Shafran; Isabelle B. Shafran, a minor, individually and as Successor In Interest to Janet Shafran, deceased, by and through her Guardian Ad Litem, Jay Shafran against defendants Goship Air, LLC, JaxAir, LLC, the Estate of John C. Francis, and the Estate of James A. Garratt in Case # 08 CV 0702 DMS-POR, consolidated with 06-CV-02711-DMS-POR, be DISMISSED with prejudice. All parties will bear their own costs and attorney fees. This order has no effect on any of the other consolidated cases, nor does it have any effect on the claims of the defendants herein against the United States of America and the County of San Diego.

**IT IS SO ORDERED.**

DATED: January 5, 2010

HON. DANA M. SABRAW
United States District Judge